COPY

1  Frank Liberatore (SBN 119976)
   Scott Lacunza (SBN 186892)
2  Nicole Savala (SBN 244366)
   JACKSON LEWIS LLP
3  5000 Birch Street, Suite 5000
   Newport Beach, CA  92660
4  Tel: (949) 885-1360
   Fax: (949) 885-1380
5  LiberatF@jacksonlewis.com
   LacunzaS@jacksonlewis.com
6  SavalaN@jacksonlewis.com

7  Attorneys for Defendants
   KINDER MORGAN ENERGY PARTNERS, L.P.,
8  KMGP SERVICES COMPANY, INC., and
   KINDER MORGAN SERVICES, LLC

9

10              UNITED STATES DISTRICT COURT

11            CENTRAL DISTRICT OF CALIFORNIA

12                  SOUTHERN DIVISION

13                                    SA10CV-01303 DOC(VBKx)

14  JAMES LUGLIANI, as an individual and   )  CASE NO:
    on behalf of all others similarly situated,  )
15                                          )
                                            )  NOTICE OF REMOVAL OF ACTION
16          Plaintiff,                      )  TO THE UNITED STATES DISTRICT
                                            )  COURT FOR THE CENTRAL DISTRICT
17       vs.                                )  OF CALIFORNIA
                                            )
18  KINDER MORGAN, G.P., INC., a            )  [28 U.S.C. §§ 1332(d) (CAFA), 1441,
    corporation; KINDER MORGAN             )  and 1446(b)]
19  TERMINALS, INC., a corporation;         )
    KINDER MORGAN BULK                      )
20  TERMINALS, INC., a corporation;         )
    KINDER MORGAN SERVICES LLC, a           )
21  limited liability company; KINDER       )
    MORGAN OPERATING "A" L.P., a            )
22  limited partnership; KINDER MORGAN      )
    OPERATING "D", L.P., a limited          )
23  partnership; KINDER MORGAN TANK         )
    STORAGE TERMINALS, LLC, a limited       )
24  liability company; KINDER MORGAN        )
    LIQUIDS TERMINALS LLC, a limited        )
25  liability company; and DOES 1 through 50,)
    inclusive,                              )
26                                          )
            Defendants.                     )
27  _____)

28

                                    1

Case No.                          Notice of Removal of Action to the United States
                                  District Court for the Central District of California

1  TO THE CLERK OF THE UNITED STATES DISTRICT COURT, CENTRAL

2  DISTRICT OF CALIFORNIA, PLAINTIFF JAMES LUGLIANI AND HIS

3  ATTORNEYS OF RECORD:

4          PLEASE TAKE NOTICE that Defendants KINDER MORGAN ENERGY

5  PARTNERS, L.P., KMGP SERVICES COMPANY, INC., and KINDER MORGAN

6  SERVICES, LLC ("Defendants") invoke this Court's jurisdiction under the provisions of

7  28 U.S.C. §§ 1332 (the Class Action Fairness Act or "CAFA"), 1441 and 1446(b) and

8  state the following grounds for removal to federal court:

9          1.      On January 6, 2010, Plaintiff James Lugliani ("Plaintiff") filed a civil Class

10  Action Complaint for Damages and Injunctive Relief in the Superior Court of California,

11  County of Orange, entitled *James Luglinai, as an individual and on behalf of all others*

12  *similarly situated, Plaintiff, vs. Kinder Morgan, G.P., Inc., Kinder Morgan Terminals,*

13  *Inc., Kinder Morgan Bulk Terminals, Inc., Kinder Morgan Services, LLC, Kinder*

14  *Morgan Operating "A" L.P. Kinder Morgan Operating "D", L.P., Kinder Morgan Tank*

15  *Storage Terminals, LLC, and Kinder Morgan Liquids Terminals LLC and unknown Doe*

16  *defendants 1 through 50, Defendants*, Case No. 30-2010 00333949 ("Complaint"). These

17  eight entities were served on January 7, 2010. A true and correct copy of the Summons

18  and Complaint is attached hereto as Exhibit A.

19          2.      The Complaint is a class action complaint for damages in which Plaintiff

20  alleges the following six purported causes of action against Defendant: (1) violation of

21  California Labor Code § 227.3; (2) violation of California Labor Code § 226.7; (3) failure

22  to pay overtime wages; (4) failure to pay final wages pursuant to California Labor Code

23  §§ 201-204; (5) violation of California Labor Code § 226; and (6) unfair business

24  practices in violation of California Business & Professions Code § 17200 *et seq.*

25          3.      On or about February 1, 2010, Plaintiff filed and served an Amendment to

26  Complaint pursuant to Code of Civil Procedure § 474 naming Kinder Morgan Energy

27  Partners, L.P., KMGP Services Company, Inc. and Kinder Morgan Services, LLC as

28  / / /

Case No.                                   Notice of Removal of Action to the United States
                                           District Court for the Central District of California

Doe defendants 1-3.  A true and correct copy of the Amendment is attached hereto as Exhibit B.

4.      Defendants filed an answer to the Complaint on August 16, 2010.  A true and correct copy of Defendants' answer is attached hereto as Exhibit C.

5.      On July 27, 2010, Plaintiff filed a First Amended Class Action Complaint for Damages and Injunctive Relief ("FAC").  A true and correct copy of the FAC is attached hereto as Exhibit D.

6.      Defendants filed an answer to the FAC on August 24, 2010.  A true and correct copy of Defendants' answer is attached hereto as Exhibit E.

## JURISDICTION UNDER THE CLASS ACTION FAIRNESS ACT

7.      This Court has original jurisdiction over the action pursuant to 28 U.S.C. § 1332(d) (as amended by CAFA).  Under § 1332(d), federal courts have original diversity jurisdiction over a class action whenever "any member of a [putative] class of plaintiffs is a citizen of a state different from any defendant" and "the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs." *See* 28 U.S.C. § 1332(d)(2).  Both requirements are satisfied here because there is diversity of citizenship between Plaintiff and one defendant, and the matter "in controversy" in the aggregate exceeds the sum of $5,000,000, exclusive of interest and costs.

## DIVERSITY OF CITIZENSHIP

8.      This action meets the diversity requirement of CAFA.  CAFA's diversity requirement is satisfied when at least one plaintiff is a citizen of a state different from the state of citizenship of any defendant.  *See* 28 U.S.C. §1332(d)(2)(A).

9.      Based on Plaintiff's employment personnel file and related records, Plaintiff was, at the time of filing the Complaint and FAC in state court and at the time of removal, and still is, both a resident and a citizen of the State of California.  (Declaration of Joseph Listengart ("Listengart Decl."), ¶ 7).

/ / /

/ / /

Case No.

Notice of Removal of Action to the United States District Court for the Central District of California

10.    A corporation is considered for diversity purposes a citizen of any state in which it is incorporated and where it has its principal place of business. *See* 28 U.S.C. § 1332(c)(1).

11.    KMGP Services Company, Inc. was, at the time of filing the Complaint and FAC in state court and at the time of removal, and still is, a corporation incorporated under the laws of the State of Delaware. (Listengart Decl., ¶ 3).

12.    KMGP Services Company, Inc. was, at the time of filing the Complaint and FAC in state court and at the time of removal, and still is, a corporation having its principal place of business in the State of Texas.  KMGP Services Company Inc. maintains its headquarters at 500 Dallas Street, Suite 1000, Houston, Texas, 77002. KMGP Services Company Inc.'s primary executive and administrative functions are performed and coordinated in Houston, Texas.   KMGP Services Company Inc.'s corporate activities are directed, controlled and coordinated in Houston, Texas. (Listengart Decl., ¶ 4).

13.    Based on the "nerve center" test, KMGP Services Company Inc. was, at the time of filing the Complaint and FAC in state court and at the time of removal, and still is, a corporation having its principal place of business in the State of Texas. *See Hertz v. Friend*, 130 S. Ct. 1181 (2010).

14.    Kinder Morgan Services, LLC was, at the time of filing the Complaint and FAC in state court and at the time of removal, and still is, a limited liability company organized and existing under the laws of the State of Delaware. (Listengart Decl., ¶ 5).

15.    Kinder Morgan Services, LLC was, at the time of filing the Complaint and FAC in state court and at the time of removal, and still is, a limited liability company having its principal place of business in the State of Texas.  Kinder Morgan Services, LLC maintains its headquarters at 500 Dallas Street, Suite 1000, Houston, Texas, 77002. Kinder Morgan Services, LLC's primary executive and administrative functions are performed and coordinated in Houston, Texas.  Kinder Morgan, G.P., Inc.'s corporate

/ / /

Case No.                                   Notice of Removal of Action to the United States
                                           District Court for the Central District of California

1    activities are directed, controlled and coordinated in Houston, Texas. (Listengart
2    Decl., ¶ 6).

3        16.    Based on the "nerve center" test, Kinder Morgan Services, LLC was, at the
4    time of filing the Complaint and FAC in state court and at the time of removal, and still
5    is, a limited liability company having its principal place of business in the State of Texas.
6    *See Hertz v. Friend*, 130 S. Ct. 1181 (2010). Accordingly, Kinder Morgan Services,
7    LLC, was, at the time of filing the Complaint and FAC in state court and at the time of
8    removal, and still is, a citizen of Texas and Delaware. *See* 28 U.S.C. § 1332 (d)(10).

9        17.    Because Plaintiff is a citizen of California and Defendants KMGP Services
10   Company, Inc. and Kinder Morgan Services, LLC are citizens of Delaware and Texas,
11   the action is brought between diverse citizens within the meaning of 28 U.S.C. § 1332.
12   Moreover, the minimal diversity required under 28 U.S.C. § 1332(d)(2)(A) is also
13   satisfied for purposes of this Court's exercise of diversity jurisdiction under CAFA.

14                        <u>**NUMBER OF PROPOSED CLASS MEMBERS**</u>

15       18.    To have jurisdiction under CAFA, the "number of members of all proposed
16   plaintiff classes in the aggregate" must equal or exceed 100. 28 U.S.C. § 1332(d)(5)(B).

17       19.    As of August 19, 2010, Kinder Morgan related entities have employed
18   approximately 426 non-union non-exempt employees in California since January 6, 2006.
19   (Listengart Decl., ¶ 8). Accordingly, this jurisdictional requirement under CAFA is
20   satisfied because the alleged number of potential class members exceeds 100, as required
21   by 28 U.S.C. § 1332(d)(5)(B).

22                                    <u>**AMOUNT IN CONTROVERSY**</u>

23       20.    This action meets the amount in controversy requirement of CAFA.
24   Pursuant to 28 U.S.C. § 1332(d)(6), "In any class action, the claims of the individual
25   class members shall be aggregated to determine whether the matter in controversy
26   exceeds the sum or value of $5,000,000, exclusive of interest and costs."

27       21.    Though Defendants do not concede any liability on Plaintiff's allegations, do
28   not concede the propriety of the putative class allegations in the Complaint, and do not

concede the propriety of Plaintiff representing the classes as set forth in the FAC, the amount in controversy in this action is a sum or value greater than $5,000,000.

22.    The FAC is pled as a putative class action by which Plaintiff, a non-exempt employee, seeks to represent himself and "all others similarly situated" in the State of California from January 6, 2006 to the present. *See* FAC, Complaint, ¶¶ 8, 17.  The FAC sets forth six putative classes. *See* FAC, Complaint, ¶ 17.  Because the FAC includes a claim under Business & Professions Code § 17200, the relevant time period extends back to 4 years prior to the filing of the Complaint, *i.e.* January 6, 2006 to the present. Plaintiff's FAC seeks meal and rest period wages, overtime wages, vacation wages, penalties, attorney's fees, interest and costs. *See* FAC, Prayer for Relief.

23.    Plaintiff's Complaint and FAC omit any direct references to the amount in controversy.  The failure of the complaint to allege the total amount of monetary relief sought by Plaintiff does not deprive this Court of jurisdiction. *See White v. J.C. Penny Life Ins. Co.,* 861 F. Supp. 25, 26 (S.D. W.Va. 1994) (defendant may remove suit to federal court notwithstanding the failure of Plaintiff to plead a specific dollar amount in controversy; if the rules were otherwise, "any Plaintiff could avoid removal simply by declining … to place a specific dollar claim upon its claim").

24.    Defendant disputes the validity and merit of Plaintiff's claims and alleged damages.  However, for purposes of removal only, it is now apparent that Plaintiffs' alleged monetary relief exceeds the jurisdictional minimum. *Luckett v. Delta Airlines, Inc.,* 171 F. 3d 295, 298 (5th Cir. 1999).

25.    A defendant may rely on "document[s] received by the defendant from the plaintiff" in demonstrating that the jurisdictional amount has been satisfied. *Lowery v. Alabama Power Co.,* 483 F.3d 1184 (11th Cir. 2007).  Furthermore, the Ninth Circuit has recognized that a case value derived by plaintiff's counsel for settlement purposes constitutes relevant evidence when determining the amount in controversy. *Cohn v. PetSmart, Inc.,* 281 F.3d 837, 842 (9th Cir. 2002).  Accordingly, a settlement letter is relevant evidence of the amount in controversy if it appears to reflect a reasonable

Case No.                                          Notice of Removal of Action to the United States
                                                  District Court for the Central District of California

estimate of the plaintiff's claim. *Chase v. Shop 'N Save Warehouse Foods, Inc.*, 110 F.3d 424, 428-30 (7th Cir. 1997) (plaintiff's settlement offer is properly consulted in determining "plaintiff's assessment of the value of her case").

26.    The same doctrine applies to removal pursuant to CAFA. *See Adams v. Matrixx Initiatives, Inc.*, 2009 U.S. Dist. LEXIS 94587 (D. Ariz. Sept. 24, 2009) ("Here, evidence outside the complaint demonstrates that plaintiffs seek damages in excess of the jurisdictional amount. Prior to filing this action, 114 plaintiffs made a settlement demand of $250,000 each, more than three times the jurisdictional amount...This is relevant evidence of plaintiffs' assessment of the value of their case. *See Burns v. Windsor Ins. Co.*, 31 F.3d 1092, 1094 (11th Cir. 1994) ("great weight" should be given to the plaintiff's assessment of the value of his case).

27.    On July 27, 2010, Plaintiffs' counsel sent an e-mail to counsel for Defendants referencing, for the first time, his present evaluation of the potential exposure present in this case.  With respect to Plaintiff's class meal period claim, Plaintiff's counsel estimated an exposure ranging from $13.5 million to $27 million.  In addition, with respect to Plaintiff's class overtime compensation claim, Plaintiff's counsel estimated an exposure of over $2 million.  Finally, with respect to Plaintiff's class claim for waiting-time penalties, Plaintiff's counsel estimated an exposure of approximately $1.5 million.  Accordingly, Plaintiffs' own assessment on July 27, 2010 demonstrates that Plaintiff seeks damages in excess of the jurisdictional amount in controversy.  A true and correct copy of the e-mail dated July 27, 2010 is attached hereto as Exhibit F.

28.    Accordingly, assuming Plaintiff and the putative class members prevail on all their claims, they would be entitled to damages in excess of $5,000,000.

29.    Based upon the foregoing, Plaintiff's claims now satisfy the jurisdictional prerequisite for the amount in controversy because it cannot be said to a legal certainty that Plaintiff and the putative class members would not be entitled to recover the jurisdictional amount. *See Anthony v. Security Pacific Fin. Serv.* (7th Cir. 1996) 75 F.3d 311, 315; *Watson v. Blankinship* (10th Cir. 1994) 20 F.3d 383, 386-87.

Case No.                                    Notice of Removal of Action to the United States
                                            District Court for the Central District of California

## REMOVAL

30.     Removal of this action is proper under CAFA because Defendants KMGP Services Company Inc. and Kinder Morgan Services, LLC are diverse defendants as citizens of Delaware and Texas, there are over 100 members of alleged class, and the aggregate value of Plaintiff's claims for statutory penalties, compensatory damages, premium pay, attorney's fees, interest, and costs of suit exceeds the $5 million jurisdictional requirement.

## TIMELINESS OF REMOVAL

31.     This Notice of Removal is filed within thirty (30) days after Defendants received the e-mail from Plaintiff's counsel on July 27, 2010, at which time the grounds for removal first became apparent.  The Notice of Removal is therefore filed within the time period provided by 28 U.S.C. § 1446(b).

## VENUE

32.     Venue lies in the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 1441(a) and 1391(a) because the state action was filed in this District and this is the judicial district in which the action arose.  *See* 28 U.S.C. § 84.

## PROCESS, PLEADINGS AND ORDERS SERVED IN STATE ACTION

33.     Pursuant to 28 U.S.C. § 1441(a), attached hereto as Exhibit G are true and correct copies of additional process, pleadings and orders served upon Defendants in the state action.

## NOTICE TO ALL PARTIES AND STATE COURT

34.     In accordance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal and all supporting papers will promptly be served on all counsel and filed with the Clerk of the Orange County Superior Court.

///

///

///

8

1    WHEREFORE, Defendants pray that the above action now pending in the Superior

2  Court of the State of California for the County of Orange be removed therefrom to this

3  Court.

4

5  Dated: August 25, 2010                    JACKSON LEWIS LLP

6

7                                            By: _____

8                                                Frank Liberatore
                                                 Scott C. Lacunza
9

10                                           Attorneys for Defendants
                                             KINDER MORGAN ENERGY PARTNERS, L.P.,
                                             KMGP SERVICES COMPANY, INC., and
11                                           KINDER MORGAN SERVICES, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. _____

Notice of Removal of Action to the United States
District Court for the Central District of California

# EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

| | FOR COURT USE ONLY |
|---|---|
| | (SOLO PARA USO DE LA CORTE) |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
KINDER MORGAN, G.P., INC., a corporation;
Additional Parties Attachment Form is attached.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
JAMES LUGLIANI, as an individual and on behalf of all others similarly situated,

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

JAN 06 2010

ALAN CARLSON, Clerk of the Court

BY ____J. HAINES____ , DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: | CASE NUMBER: |
|---|---|
| *(El nombre y dirección de la corte es):* | *(Número del Caso):* |
| Orange County Superior Court | 30-2010 |
| 751 W. Santa Ana Boulevard | |
| Santa Ana, California, 92701 | 00333949 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Kenneth H. Yoon (SBN 198443)
One Wilshire Boulevard, Suite 2200, Los Angeles, California 90017

JUDGE NANCY WIEBEN STOCK

Telephone No.: (213) 612-0988
Fax No.: (213) 947-1211

| DATE: | JAN 06 2010 | Clerk, by | | , Deputy |
|---|---|---|---|---|
| *(Fecha)* | | ALAN CARLSON *(Secretario)* | J. HAINES | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☒ on behalf of *(specify):* KINDER MORGAN, G.P., INC.

   under: ☒ CCP 416.10 (corporation)  ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
   ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

| | | Page 1 of 1 |
|---|---|---|
| Form Adopted for Mandatory Use | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465 |
| Judicial Council of California | | www.courtinfo.ca.gov |
| SUM-100 [Rev. July 1, 2009] | | *LexisNexis® Automated California Judicial Council Forms* |

Exhibit A Page 10

10:45am

# SUMMONS
## (CITACION JUDICIAL)

SUM-100

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

KINDER MORGAN, G.P., INC., a corporation;
Additional Parties Attachment Form is attached.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
JAMES LUGLIANI, as an individual and on behalf of all others similarly
situated,

```
FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

JAN 06 2010

ALAN CARLSON, Clerk of the Court

BY _____ J. HAINES _____ DEPUTY
```

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Orange County Superior Court<br>751 W. Santa Ana Boulevard<br>Santa Ana, California, 92701 | CASE NUMBER:<br>*(Número del Caso):*<br>**30-2010**<br>**00333949** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Kenneth H. Yoon (SBN 198443)
One Wilshire Boulevard, Suite 2200, Los Angeles, California 90017

**JUDGE NANCY WIEBEN STOCK**

Telephone No.: (213) 612-0988
Fax No.: (213) 947-1211

DATE: **JAN 06 2010**    ALAN CARLSON   Clerk, by _____ J. HAINES _____, Deputy
*(Fecha)* *(Secretario)* *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
   KINDER MORGAN TERMINALS, INC.
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
*LexisNexis® Automated California Judicial Council Forms*

Exhibit A Page 11

1/7/10
10:45am

# SUMMONS
## (CITACION JUDICIAL)

**SUM-100**

| FOR COURT USE ONLY |
| --- |
| (SOLO PARA USO DE LA CORTE) |

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

JAN 06 2010

ALAN CARLSON, Clerk of the Court

BY ___J. HAINES___ DEPUTY

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
KINDER MORGAN, G.P., INC., a corporation;
Additional Parties Attachment Form is attached.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
JAMES LUGLIANI, as an individual and on behalf of all others similarly situated,

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: | CASE NUMBER: |
| --- | --- |
| *(El nombre y dirección de la corte es):* | *(Número del Caso):* |
| Orange County Superior Court | 30-2010 |
| 751 W. Santa Ana Boulevard | **00333949** |
| Santa Ana, California, 92701 | |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:

*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Kenneth H. Yoon (SBN 198443)    Telephone No.: (213) 612-0988

One Wilshire Boulevard, Suite 2200, Los Angeles, California 90017    Fax No.: (213) 947-1211

**JUDGE NANCY WIEBEN STOCK**

| DATE: | JAN 06 2010 | Clerk, by | J. HAINES | , Deputy |
| --- | --- | --- | --- | --- |
| *(Fecha)* | | ALAN CARLSON *(Secretario)* | | *(Adjunto)* |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)

*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
   KINDER MORGAN BULK TERMINALS, INC.
3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465 |
| --- | --- | --- |
| Judicial Council of California | | www.courtinfo.ca.gov |
| SUM-100 [Rev. July 1, 2009] | | LexisNexis® Automated California Judicial Council Forms |

Exhibit A, Page 12

1/7/10
10:45am

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

KINDER MORGAN, G.P., INC., a corporation;
Additional Parties Attachment Form is attached.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

JAMES LUGLIANI, as an individual and on behalf of all others similarly situated,

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

**JAN 06 2010**

ALAN CARLSON, Clerk of the Court

BY _____ J. HAINES _____, DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Orange County Superior Court<br>751 W. Santa Ana Boulevard<br>Santa Ana, California, 92701 | **CASE NUMBER:**<br>*(Número del Caso):*<br>**30-2010**<br>**0 0 3 3 3 9 4 9** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es)*

JUDGE NANCY WIEBEN STOCK

Kenneth H. Yoon (SBN 198443)
One Wilshire Boulevard, Suite 2200, Los Angeles, California 90017

Telephone No.: (213) 612-0988
Fax No.: (213) 947-1211

| | | | |
|---|---|---|---|
| DATE: **JAN 06 2010**<br>*(Fecha)* | **ALAN CARLSON** Clerk, by<br>*(Secretario)* | J. HAINES | , Deputy<br>*(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED: You are served**

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

   KINDER MORGAN SERVICES LLC

3. ☐ on behalf of *(specify)*:

   under: ☐ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☐ other *(specify)*:

4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
*LexisNexis® Automated California Judicial Council Forms*

Exhibit A, Page 13

10:45am

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
KINDER MORGAN, G.P., INC., a corporation;
Additional Parties Attachment Form is attached.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
JAMES LUGLIANI, as an individual and on behalf of all others similarly situated,

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

JAN 06 2010

ALAN CARLSON, Clerk of the Court

BY    J. HAINES    , DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Orange County Superior Court<br>751 W. Santa Ana Boulevard<br>Santa Ana, California, 92701 | **CASE NUMBER:**<br>*(Número del Caso):*<br>30-2010<br>00333949 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Kenneth H. Yoon (SBN 198443)
One Wilshire Boulevard, Suite 2200, Los Angeles, California 90017

**JUDGE NANCY WIEBEN STOCK**

Telephone No.: (213) 612-0988
Fax No.: (213) 947-1211

| | | |
|---|---|---|
| DATE: **JAN 06 2010**<br>*(Fecha)* | **ALAN CARLSON** Clerk, by<br>*(Secretario)* J. HAINES | , Deputy<br>*(Adjunto)* |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
   KINDER MORGAN OPERATING "A" L.P.
3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov<br>*LexisNexis® Automated California Judicial Council Forms* |

Exhibit A Page 14

17/16

10:45am

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

JAN 06 2010

ALAN CARLSON, Clerk of the Court

BY ____J. HAINES____ DEPUTY

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
KINDER MORGAN, G.P., INC., a corporation;
Additional Parties Attachment Form is attached.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
JAMES LUGLIANI, as an individual and on behalf of all others similarly
situated,

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is: *(El nombre y dirección de la corte es):* Orange County Superior Court 751 W. Santa Ana Boulevard Santa Ana, California, 92701 | **CASE NUMBER:** *(Número del Caso):* 30-2010 00333949 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Kenneth H. Yoon (SBN 198443)
One Wilshire Boulevard, Suite 2200, Los Angeles, California 90017

JUDGE NANCY WIEBEN STOCK

Telephone No.: (213) 612-0988
Fax No.: (213) 947-1211

DATE: JAN 06 2010
*(Fecha)*
Clerk, by ALAN CARLSON, *(Secretario)* J. HAINES , Deputy *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

   KINDER MORGAN OPERATING "D" L.P.

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*

4. ☐ by personal delivery on *(date):*

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
*LexisNexis® Automated California Judicial Council Forms*

Exhibit A Page 15

10:45am

| | **SUM-100** |
|---|---|

# SUMMONS
## (CITACION JUDICIAL)

<table>
<tr>
<td>

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
KINDER MORGAN, G.P., INC., a corporation;
Additional Parties Attachment Form is attached.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
JAMES LUGLIANI, as an individual and on behalf of all others similarly situated,

</td>
<td>

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

**JAN 06 2010**

ALAN CARLSON, Clerk of the Court

BY ___ J. HAINES ___ DEPUTY

</td>
</tr>
</table>

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have **30 CALENDAR DAYS** after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

<table>
<tr>
<td>

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Orange County Superior Court
751 W. Santa Ana Boulevard
Santa Ana, California, 92701

</td>
<td>

**CASE NUMBER:**
*(Número del Caso):*

30-2010
00333949

</td>
</tr>
</table>

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Kenneth H. Yoon (SBN 198443)                    Telephone No.: (213) 612-0988
One Wilshire Boulevard, Suite 2200, Los Angeles, California 90017          Fax No.: (213) 947-1211

**JUDGE NANCY WIEBEN STOCK**

DATE: **JAN 06 2010**   Clerk, by _____, Deputy
*(Fecha)*       **ALAN CARLSON** *(Secretario)*          J. HAINES       *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

   KINDER MORGAN TANK STORAGE TERMINALS LLC
3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
*LexisNexis® Automated California Judicial Council Forms*

Exhibit A Page 16

10:45am

| SUMMONS | SUM-100 |
|---|---|

# SUMMONS
## (CITACION JUDICIAL)

<div style="float:right; border:1px solid;">
FOR COURT USE ONLY<br>
(SOLO PARA USO DE LA CORTE)<br>
<br>
**FILED**<br>
SUPERIOR COURT OF CALIFORNIA<br>
COUNTY OF ORANGE<br>
CENTRAL JUSTICE CENTER<br>
<br>
JAN 06 2010<br>
<br>
ALAN CARLSON, Clerk of the Court<br>
<br>
BY ___ J. HAINES ___ DEPUTY
</div>

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
KINDER MORGAN, G.P., INC., a corporation;
Additional Parties Attachment Form is attached.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
JAMES LUGLIANI, as an individual and on behalf of all others similarly situated,

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | CASE NUMBER: (Número del Caso): |
|---|---|
| The name and address of the court is: (El nombre y dirección de la corte es): Orange County Superior Court 751 W. Santa Ana Boulevard Santa Ana, California, 92701 | 30-2010 00333949 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Kenneth H. Yoon (SBN 198443)
One Wilshire Boulevard, Suite 2200, Los Angeles, California 90017

JUDGE NANCY WIEBEN STOCK

Telephone No.: (213) 612-0988
Fax No.: (213) 947-1211

| DATE: (Fecha) | JAN 06 2010 | ALAN CARLSON | Clerk, by (Secretario) | J. HAINES | , Deputy (Adjunto) |
|---|---|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*
   KINDER MORGAN ~~Operator~~ LIQUIDS TERMINALS LLC
3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)    [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership)    [ ] CCP 416.90 (authorized person)
   [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use Judicial Council of California SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465 www.courtinfo.ca.gov LexisNexis® Automated California Judicial Council Forms |
|---|---|---|

Exhibit A Page 17

| SHORT TITLE:<br>Lugliani v. Kinder Morgan, G.P., Inc., et al | CASE NUMBER:<br>00333949 | SUM-200(A) |

**INSTRUCTIONS FOR USE**

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.):*

☐ Plaintiff   ☒ Defendant   ☐ Cross-Complainant   ☐ Cross-Defendant

KINDER MORGAN TERMINALS, INC., a corporation; KINDER MORGAN BULK TERMINALS, INC., a corporation; KINDER MORGAN SERVICES LLC, a limited liability company; KINDER MORGAN OPERATING "A" L.P., a limited partnership; KINDER MORGAN OPERATING "D", L.P., a limited partnership; KINDER MORGAN TANK STORAGE TERMINALS LLC, a limited liability company; KINDER MORGAN LIQUIDS TERMINALS LLC, a limited liability company; and DOES 1 through 50, inclusive,

Page   2   of   2
Page 1 of 1

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

*LexisNexis® Automated California Judicial Council Forms*

Exhibit A Page 18

PETER M. HART (State Bar No. 198691)
**LAW OFFICES OF PETER M. HART**
13952 Bora Bora Way, F-320
Marina Del Rey, CA 90292
Telephone: (310) 478-5789
Facsimile: (509) 561-6441
hartpeter@msn.com

KENNETH H. YOON (State Bar No. 198443)
MELISSA M. COYLE (State Bar No. 232775)
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
Telephone: (213) 612-0988
Facsimile: (213) 947-1211

Attorneys for Plaintiff James Lugliani

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

**JAN 08 2010**

ALAN CARLSON, Clerk of the Court

BY ___ J. HAINES ___ DEPUTY

JUDGE NANCY WIEBEN STOCK
DEPT. CX105

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF ORANGE** 30-2010

| | |
|---|---|
| JAMES LUGLIANI, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KINDER MORGAN, G.P., INC., a corporation; KINDER MORGAN TERMINALS, INC., a corporation; KINDER MORGAN BULK TERMINALS, INC., a corporation; KINDER MORGAN SERVICES LLC, a limited liability company; KINDER MORGAN OPERATING "A" L.P., a limited partnership; KINDER MORGAN OPERATING "D", L.P., a limited partnership; KINDER MORGAN TANK STORAGE TERMINALS LLC, a limited liability company; KINDER MORGAN LIQUIDS TERMINALS LLC, a limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:<br><br>**00333949**<br><br>**CLASS ACTION COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR:**<br><br>(1) VIOLATION OF LABOR CODE § 227.3;<br><br>(2) VIOLATION OF LABOR CODE § 226.7;<br><br>(3) FAILURE TO PAY OVERTIME WAGES;<br><br>(4) FAILURE TO PAY FINAL WAGES PURSUANT TO § 201-204;<br><br>(5) VIOLATION OF LABOR CODE § 226;<br><br>(6) UNFAIR BUSINESS PRACTICES (Violation of California Business & Professions Code §17200 et seq.);<br><br>**DEMAND FOR JURY TRIAL** |

THIS CASE IS SUBJECT TO MANDATORY ELECTRONIC FILING PURSUANT TO RULE 308 OF THE LOCAL RULES OF THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

Plaintiff James Eugliani (hereinafter referred to as "Plaintiff"), hereby submits his

2  Complaint against Defendants KINDER MORGAN G.P., INC., KINDER MORGAN

3  TERMINALS, INC., KINDER MORGAN BULK TERMINALS, INC., KINDER MORGAN

4  SERVICES LLC, KINDER MORGAN OPERATING "A" L.P., KINDER MORGAN

5  OPERATING "D", L.P., KINDER MORGAN TANK STORAGE TERMINALS LLC, KINDER

6  MORGAN LIQUIDS TERMINALS LLC, and Does 1-50 (hereinafter collectively referred to as

7  "DEFENDANTS") on behalf of himself and others similarly situated current and former

8  employees of DEFENDANTS for vacation wages, meal period wages and rest period wages,

9  overtime wages, late payment of wages, waiting time penalties, and for failure to keep accurate

10 records, as follows:

## INTRODUCTION

11

12   **1.**   This action is within the Court's jurisdiction under California Labor Code §§ 201-

13 204, 226, 226.7, 227.3, 1194, 1194.2 and California Business and Professions Code § 17200, et

14 seq., (Unfair Practices Act).

15   **2.**   This complaint challenges systemic illegal employment practices resulting in

16 violations of the California Labor Code and Business and Professions Code against employees of

17 DEFENDANTS.

18   **3.**   Plaintiff is informed and believes and based thereon alleges DEFENDANTS, joint

19 and severally have acted intentionally and with deliberate indifference and conscious disregard to

20 the rights of all employees in failing to provide meal periods and rest periods, failing to pay meal

21 period premiums and rest period premiums, failure to pay all overtime wages due, failing to pay

22 wages in a timely fashion, including at the end of employment, failure to pay vacation wages

23 (including, but not limited to, paid time off, floating holiday, and/or personal days, and hereafter

24 referring to all such days) and failure to keep proper payroll records.

25   **4.**   Plaintiff is informed and believes and based thereon alleges DEFENDANTS have

26 engaged in, among other things a system of willful violations of the California Labor Code,

27 Business and Professions Code and applicable IWC wage orders by creating and maintaining

28 policies, practices and customs that: (a) fail to pay all final wages in a timely fashion; (b) fail to

pay proper overtime wages, (c) fail to pay all meal period wages owed and rest period wages owed, (d) fail to pay vacation wages, and (e) and fail to keep proper records pursuant to Labor Code § 226.

5.    The policies, practices and customs of defendants described above and below have resulted in unjust enrichment of DEFENDANTS and an unfair business advantage over businesses that routinely adhere to the strictures of the California <u>Labor Code</u>, <u>Business and Professions Code</u>.

<div align="center">

### JURISDICTION AND VENUE

</div>

6.    The Court has jurisdiction over the violations of the California <u>Labor Code</u> §§ 201-204, 226, 226.7, 227.3, 1194, 1194.2 and California <u>Business and Professions Code</u> § 17200, et seq., (Unfair Practices Act).

7.    Venue is proper because the DEFENDANTS do business in the State of California and in the County this action was filed in.

<div align="center">

### PARTIES

</div>

8.    Plaintiff JAMES LUGLIANI was employed by DEFENDANTS as a non-exempt employee entitled to overtime from January 2002 until on or about September 2008.  During Plaintiff's employment with Defendants, Plaintiff worked overtime (i.e., more than 8 hours in a workday and/or 40 hours in a workweek) without being paid the proper amount of overtime pay or double time pay.  In addition, during his employment with Defendants, including during pay periods wherein Plaintiff worked overtime, Plaintiff also earned non-discretionary commissions / bonuses / incentive pay / shift differential pay and DEFENDANTS did not calculate and/or factor such non-discretionary commissions / bonuses / incentive pay /shift differential wages into Plaintiff's regular rate of pay for purposes of calculating overtime pay, and as such, owes Plaintiff additional overtime pay.  DEFENDANTS also did not pay Plaintiff all meal period wages when owed and did not provide meal periods in compliance with California law or rest breaks in compliance with California law.  Additionally, DEFENDANTS did not pay Plaintiff all of his vested unused vacation wages at the end of his employment and still have not paid these

<div align="center">3</div>

wages. Finally, DEFENDANTS did not keep accurate records of Plaintiff's work and payment.

Plaintiff was and is a victim of the policies, practices and customs of DEFENDANTS complained of in this action in ways that have deprived him of the rights guaranteed him by California Labor Code §§ 201-204, 226, 226.7, 227.3, 1194, 1194.2 California Business and Professions Code §17200, et seq., (Unfair Practices Act).

      9.     Plaintiff is informed and believes and based thereon alleges Defendants KINDER MORGAN G.P., INC., KINDER MORGAN TERMINALS, INC., KINDER MORGAN BULK TERMINALS, INC., KINDER MORGAN SERVICES LLC, KINDER MORGAN OPERATING "A" L.P., KINDER MORGAN OPERATING "D", L.P., KINDER MORGAN TANK STORAGE TERMINALS LLC, KINDER MORGAN LIQUIDS TERMINALS LLC, are partnerships, corporations, and limited liability companies doing business in the State of California and across the United States, providing energy services, pipeline services, and related energy products and services.

      10.    Plaintiff is informed and believes and thereon alleges that at all times herein mentioned DEFENDANTS and DOES 1 through 50, are and were corporations, business entities, individuals, and partnerships, licensed to do business and actually doing business in the State of California.

      11.    As such, and based upon all the facts and circumstances incident to DEFENDANTS' business in California, DEFENDANTS are subject to California Labor Code §§ 201-204, 226, 226.7, 227.3, 1194, 1194.2, 2698 et seq. and California Business and Professions Code § 17200, et seq., (Unfair Practices Act).

      12.    Plaintiff does not know the true names or capacities, whether individual, partner or corporate, of the DEFENDANTS sued herein as DOES 1 through 50, inclusive, and for that reason, said DEFENDANTS are sued under such fictitious names, and Plaintiff prays leave to amend this complaint when the true names and capacities are known. Plaintiff is informed and believes and thereon alleges that each of said fictitious DEFENDANTS was responsible in some way for the matters alleged herein and proximately caused Plaintiff and members of the general

2  public and class to be subject to the illegal employment practices, wrongs and injuries complained of herein.

3       **13.**    At all times herein mentioned, each of said DEFENDANTS participated in the
4  doing of the acts hereinafter alleged to have been done by the named DEFENDANTS; and
5  furthermore, the DEFENDANTS, and each of them, were the agents, servants and employees of
6  each of the other DEFENDANTS, as well as the agents of all DEFENDANTS, and at all times
7  herein mentioned, were acting within the course and scope of said agency and employment.

8       **14.**    Plaintiff is informed and believes and based thereon alleges that at all times
9  material hereto, each of the DEFENDANTS named herein was the agent, employee, alter ego
10  and/or joint venturer of, or working in concert with each of the other co-DEFENDANTS and was
11  acting within the course and scope of such agency, employment, joint venture, or concerted
12  activity. To the extent said acts, conduct, and omissions were perpetrated by certain
13  DEFENDANTS, each of the remaining DEFENDANTS confirmed and ratified said acts,
14  conduct, and omissions of the acting DEFENDANTS.

15       **15.**    At all times herein mentioned, DEFENDANTS, and each of them, were members
16  of, and engaged in, a joint venture, partnership and common enterprise, and acting within the
17  course and scope of, and in pursuance of, said joint venture, partnership and common enterprise.

18
19       **16.**    At all times herein mentioned, the acts and omissions of various DEFENDANTS,
20  and each of them, concurred and contributed to the various acts and omissions of each and all of
21  the other DEFENDANTS in proximately causing the injuries and damages as herein alleged. At
22  all times herein mentioned, DEFENDANTS, and each of them, ratified each and every act or
23  omission complained of herein. At all times herein mentioned, the DEFENDANTS, and each of
24  them, aided and abetted the acts and omissions of each and all of the other DEFENDANTS in
25  proximately causing the damages as herein alleged.

26                                   **CLASS ALLEGATIONS**

27       **17.**    **Definition:** The named individual Plaintiff brings this action on behalf of himself
28  and other similarly situated persons pursuant to California Code of Civil Procedure § 382. The

Classes consists of:

(1) all past employees of DEFENDANTS who were employed in California from January 6, 2006 through the present who, from DEFENDANTS records, were not paid all unused vested vacation wages, including, but not limited to, vacation pay, paid time off pay, personal day pay, personal holiday pay, incidental time off, and/or floating holiday pay, at the end of their employment,

(2) all past and current non-exempt employees of DEFENDANTS employed in California from January 6, 2006 through the present who were provided wage statements,

(3) all past and current employees called operators or who did the work of operators or similar work of DEFENDANTS employed in California from January 6, 2006 who were classified as non-exempt,

(4) all past and current employees of DEFENDANTS who worked at pumping stations who were classified as non-exempt employees in California from January 6, 2006,

(5) all past employees of DEFENDANTS employed in California from January 6, 2006 through the present who worked more than 8 hours in a workday,

(6) all of DEFENDANTS' past and present California employees classified by DEFENDANTS as non-exempt employees from January 6, 2006 through the present whose worked a continuous shift that was bisected by two work days as defined by DEFENDANTS, (5) all of DEFENDANTS' past and present California employees classified by DEFENDANTS as non-exempt employees from January 6, 2006 who worked more than 40 hours in a work week of DEFENDANTS,

(7) all past and current employees of DEFENDANTS, classified by DEFENDANTS as non-exempt employees and employed in California from January 6, 2006 through the present, who were paid overtime wages and were also paid commission wages, other non-discretionary incentive pay and/or bonuses, and/or shift

6