PETER M. HART (State Bar No. 198691)
hartpeter@msn.com
KIMBERLY L. WESTMORELAND (State Bar No. 237919)
kwestmoreland.loph@gmail.com
**LAW OFFICES OF PETER M. HART**
One Wilshire Blvd, Suite 2200
Los Angeles, CA 90017
Telephone: (310) 478-5789
Facsimile: (509) 561-6441

KENNETH H. YOON (State Bar No. 198443)
kyoon@yoon-law.com
LINDA P. WHITEHEAD (State Bar No. 222799)
lwhitehead@yoon-law.com
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017-3383
Telephone: (213) 612-0988
Facsimile: (213) 947-1211

Attorneys for Plaintiffs James Lugliani and Chris Willis

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| JAMES LUGLIANI, as an individual and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>KINDER MORGAN ENERGY PARTNERS, L.P., a limited partnership; KINDER MORGAN TERMINALS, INC., a corporation; KINDER MORGAN BULK TERMINALS, INC., a corporation; KINDER MORGAN SERVICES LLC, a limited liability company; KINDER MORGAN OPERATING "A" L.P., a limited partnership; KINDER MORGAN OPERATING "D", L.P., a limited partnership; KINDER MORGAN TANK STORAGE TERMINALS LLC, a limited liability company; KINDER MORGAN LIQUIDS TERMINALS LLC, a limited liability company; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.:  SACV 10-1303-DOC(VBKx)<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR CLASS CERTIFICATION**<br><br>**Date:**　　June 20, 2011<br>**Time:**　　8:30 a.m.<br>**Court:**　　9D |

## NOTICE OF MOTION AND MOTION

**To Defendants and their Counsel of Record:**

PLEASE TAKE NOTICE THAT on June 20, 2011 at 8:30 a.m., or as soon thereafter as the matter can be heard, before the Honorable David O. Carter, United States District Court Judge, Courtroom 9D, 4th Floor, 411 West Fourth Street, Santa Ana, California 92701, Plaintiffs James Lugliani and Chris Willis (collectively referred to as "Plaintiffs") will move this Court for an order certifying this matter to proceed as a class action against Defendants Kinder Morgan Energy Partnes, L.P., KMGP Services Company, Inc., and Kinder Morgan Services, LLC (collectively referred to as "Defendants") pursuant to Federal Rule of Civil Procedure 23.

Plaintiffs' Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities attached hereto, the Declarations of Peter M. Hart, Kenneth H. Yoon, Kimberly Westmoreland, Plaintiff James Lugliani, and Plaintiff Chris Willis filed herewith, the papers and pleadings on file in this action, and on any further briefing and arguments of counsel.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on numerous occassions, including February 16 and 23, 2011

## RELIEF SOUGHT

Pursuant to Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure, Plaintiffs seek an order certifying the following Classes as defined in Plaintiffs' Second Amended Complaint, stipulated to by the parties on November 22, 2010 and the Second Amended Complaint was filed on December 14, 2011.  The Classes consist of:

(1) all former employees of DEFENDANTS who were employed in California from January 6, 2006 through the present to whom DEFENDANTS applied vacation policies including but not limited to, vacation pay, paid time off, personal day pay, floating holiday pay, personal holiday pay, and/or incidental time off, for all periods of time these employees were not subject to a collective bargaining agreement with any of the Defendants,

(2) all past and current employees called operator or lead operator or who did the work of operators or similar work of DEFENDANTS employed in California during the period from January 6, 2006 to the present who were classified as non-exempt, for all periods of time these employees were not subject to a collective bargaining agreement with any of the Defendants,

(3) all past and current non-exempt classified employees of Defendants of DEFENDANTS employed in California during the period from January 6, 2006 who signed meal period waivers, for all periods of time these employees were not subject to a collective bargaining agreement with any of the Defendants,

(4) all past and current non-exempt classified employees of Defendants of DEFENDANTS employed in California during the period from January 6, 2006 for whom there is no record of a beginning and end of all mandated meal periods, for all periods of time these employees were not subject to a collective bargaining agreement with any of the Defendants,

(5) all past and present employees of DEFENDANTS, classified by DEFENDANTS as non-exempt employees and employed in California from January 6, 2006 through the present who worked more than 8 hours in a workday or 40 hours in a work week, for all periods of time these employees were not subject to a collective bargaining agreement with any of the Defendants,

(6) all past and current employees of DEFENDANTS, classified by DEFENDANTS as non-exempt employees and employed in California from January 6, 2006 through the present, who were paid overtime wages and were also paid shift differential pay and/or commission wages and/or bonuses, and/or other non-discretionary incentive pay, for all periods of time these employees were not subject to a collective bargaining agreement with any of the Defendants,

(7) all past and current employees of DEFENDANTS, classified by DEFENDANTS as non-exempt employees and employed in California from January 6, 2006 through the present, who had the job title Operator, including but not limited to the titles Operator 1, Operator 2, Operator 3, and Lead Operator, for all periods of time these employees were not subject to a collective bargaining agreement with any of the Defendants.

Second Amended Class Action Complaint ("SAC") ¶ 19.

Plaintiffs further request that the Court appoint Plaintiffs James Lugliani and Chris Willis as class representative, and that the Court appoint Peter M. Hart of the Law Offices of Peter M. Hart, and Kenneth H. Yoon of the Law Offices of Kenneth H. Yoon as class counsel.

DATED: March 8, 2011

LAW OFFICES OF PETER M. HART

By: *[signature]*
Peter M. Hart
Attorney for Plaintiffs JAMES LUGLIANI, CHRIS WILLIS and the class