PETER M. HART (State Bar No. 198691)
hartpeter@msn.com
AMBER S. HEALY (State Bar No. 232730)
ahealy.loph@gmail.com
**LAW OFFICES OF PETER M. HART**
12121 Wilshire Blvd, Suite 205
Los Angeles, CA 90025
Telephone: (310) 478-5789
Facsimile: (509) 561-6441

KENNETH H. YOON (State Bar No. 198443)
kyoon@yoon-law.com
STEPHANIE E. YASUDA (State Bar No. 265480)
syasuda@yoon-law.com
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017-3383
Telephone: (213) 612-0988
Facsimile: (213) 947-1211

Attorneys for Plaintiffs James Lugliani and Chris Willis

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LUGLIANI, as an individual and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>KINDER MORGAN ENERGY PARTNERS, L.P., a limited partnership; KINDER MORGAN TERMINALS, INC., a corporation; KINDER MORGAN BULK TERMINALS, INC., a corporation; KINDER MORGAN SERVICES LLC, a limited liability company; KINDER MORGAN OPERATING "A" L.P., a limited partnership; KINDER MORGAN OPERATING "D", L.P., a limited partnership; KINDER MORGAN TANK STORAGE TERMINALS LLC, a limited liability company; KINDER MORGAN LIQUIDS TERMINALS LLC, a limited liability company; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No.: SACV 10-1303-JAK(VBKx)<br><br>**JUDGMENT**<br><br>**Date:**　　February 27, 2012<br>**Time:**　　8:30 a.m.<br>**Court:**　　750 |

i

JUDGMENT
CASE NO. SACV 10-1303-JAK (VBKx)

**JUDGMENT**

On February 27, 2012, the Court entered its Order Granting Final Approval Of Class Action Settlement, Award Of Class Representative's Service Payment, Attorneys' Fees And Litigation Costs, And Claims Administrator's Costs And Entering Final Judgment ("Final Approval Order").  Pursuant to Federal Rule of Civil Procedure 54, judgment is hereby entered.  The action is dismissed with prejudice per the terms and conditions set forth in the parties' Joint Stipulation of Class Action Settlement and Final Approval Order, without costs to any party except as provided therein.

The Court retains jurisdiction over the Plaintiffs, the Defendants, and the members of the Class to enforce the terms of the Agreement and this judgment.

Dated March 8, 2012

_____
Hon. John A. Kronstadt
Judge of the United States District Court